# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

ERENTON STEPHENS,

    Plaintiff,

v.

WASTE MANAGEMENT INC. OF FLORIDA,

    Defendant.

CIVIL ACTION NO.

## NOTICE OF REMOVAL

Defendant, Waste Management Inc. of Florida ("Defendant"), by and through the undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, hereby removes this action from the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida, where the action is now pending, to the United States District Court for the Southern District of Florida, on the grounds of federal question jurisdiction. The removal of this action is based upon the following:

## PROCEDURAL HISTORY

1. On March 9, 2021, Plaintiff, Erenton Stephens, filed the instant action against Waste Management Inc. of Florida in the Circuit Court of the 11th Judicial Circuit, in and for Miami-Dade County, Florida, styled *Erenton Stephens v. Waste Management Inc. of Florida*, Case No. 2021-004864-CA-01.

2. Plaintiff's Complaint alleges national origin and race discrimination in violation of the Florida Civil Rights Act ("FCRA") and seeks damages under Title VII of the Civil Rights Act of 1964 (Title VII) and/or other federal laws.

3. Defendant was served with the Summons and Complaint on May 5, 2021.

## GROUNDS FOR REMOVAL

4. The State Court action is within the original federal question jurisdiction of the United States District Court pursuant to 28 U.S.C. §1331, because Plaintiff has referenced and implicated Title VII as part of his claim. This Court has supplemental jurisdiction over Plaintiff's Florida Civil Rights Act claim pursuant to 28 U.S.C. § 1367(a).

5. Defendant was served with a copy of the Complaint and Summons in the State Court Action on May 5, 2021. This constituted Defendant's first legal notice of the State Court Action for purposes of removal. Thus, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b), within thirty-days (30) from the date on which Defendant received notice of the State Court Action.

6. This case is one that may be removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.

7. The District and Division where this action is pending is the United States District Court for the Southern District of Florida, Miami Division, and Defendant properly seeks to remove this action to this Court. *See* 28 U.S.C. § 1441(a).

8. A true and correct copy of all process, pleadings, orders and other papers or exhibits of every kind currently on file in the State Court Action are attached hereto as Composite Exhibit "A," as required by 28 U.S.C. § 1446(a).

9. Pursuant to 28 U.S.C. § 1446(d), Defendant will promptly file a copy of this Notice of Removal in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida, and simultaneously provide written notice of the filing of this Notice of Removal to Plaintiff (Exhibit "B") as reflected by the Certificate of Service.

Dated: June 4th, 2021                             Respectfully submitted,


                                                  /s/ *Patrick G. DeBlasio, III*
                                                  Patrick G. DeBlasio, III, Esq.
                                                  Bar No. 871737
                                                  pdeblasio@littler.cm
                                                  Miguel A. Morel, Esq.
                                                  Bar No. 98163
                                                  mamorel@littler.com


                                                  LITTLER MENDELSON P.C.
                                                  Wells Fargo Center
                                                  333 SE 2nd Avenue
                                                  Suite 2700
                                                  Miami, FL  33131
                                                  Telephone:    305.400.7500
                                                  Facsimile:    305.675.8497

                                                  Attorneys for Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 4th day of June 2021, a true and correct copy of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below, and also via any additional manner noted below.

*/s/ Patrick G. DeBlasio, III*
Patrick G. DeBlasio, III

## SERVICE LIST

| *ATTORNEYS FOR PLAINTIFF* | *ATTORNEYS FOR DEFENDANT* |
|---|---|
| Rainier Regueiro, Esq.<br>Florida Bar Number: 115578<br>E-Mail: rregueiro@rgpattorneys.com<br>REMER & GEORGES-PIERRE, PLLC<br>COURTHOUSE TOWER<br>44 West Flagler Street, Suite 2200<br>Miami, FL 33130<br>Telephone: (561) 225-1970<br>Facsimile: (305) 416-5005 | Patrick G. DeBlasio, III<br>Florida Bar No. 871737<br>E-Mail: pdeblasio@littler.com<br>Secondary: btapia@littler.com<br>Miguel A. Morel, Esq.<br>Florida Bar No. 89163<br>E-mail: mamorel@littler.com<br>Secondary: grivas@littler.com<br>LITTLER MENDELSON, P.C.<br>Wells Fargo Center<br>333 SE 2nd Avenue, Suite 2700<br>Miami, FL 33131<br>Telephone: (305) 400-7500<br>Facsimile: (305) 603-2552 |

4828-1913-1113.2 / 046554-1431